**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Worldwide Transportation Services Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-3445177 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14400 NW 77 CT<br>Suite 200<br>Miami Lakes, FL 33016<br>Number, Street, City, State & ZIP Code | PO Box 260007<br>Miami, FL 33126<br>P.O. Box, Number, Street, City, State & ZIP Code |
| 33054<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.worldwidetransportation.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor **Worldwide Transportation Services Inc.**                    Case number (*if known*) _____
　　　　Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
___**4853**___

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | | Relationship to you | |
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Worldwide Transportation Services Inc.**          Case number (if known) _____
          Name

**11. Why is the case filed in**     Check all that apply:
    **this district?**

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

■   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ■ No
    **have possession of any**
    **real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**

                                     **Why does the property need immediate attention?** (Check all that apply.)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                         What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____

                                     **Where is the property?** _____

                                                              Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.   Insurance agency _____

                                              Contact name _____

                                              Phone _____

█   **Statistical and administrative information**

**13. Debtor's estimation of**       .   Check one:
    **available funds**

                                     ■ Funds will be available for distribution to unsecured creditors.

                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
    **creditors**              ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                               ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                               ■ 200-999

**15. Estimated Assets**       ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Worldwide Transportation Services Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/26/2018
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Ali A. Malek
Printed name

Title President

**18. Signature of attorney**

X _Eyal Berger_
Signature of attorney for debtor

Date 01/26/2016
MM / DD / YYYY

Eyal Berger
Printed name

Akerman LLP
Firm name

350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone 954-463-2700    Email address eyal.berger@akerman.com

11069
Bar number and State

Debtor    **Worldwide Transportation Services Inc.**                                    Case number (*if known*)
          Name

| Fill in this information to identify your case: |
|---|

Debtor 1 _____
          First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number _____
(if known)

☐ Check if this is an
   amended filing

## FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Worldwide Investments I, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | Case number, if known | |
| Debtor | **Worldwide Investments II, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | Case number, if known | |
| Debtor | **Worldwide Investments III, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | Case number, if known | |

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
**Worldwide Transportation Services Inc.**

Case Number
Chapter **11**

_____ Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☑ Voluntary petition signed by me on | ☐ Amended voluntary petition signed by me on |
| ☐ Schedules signed by me on | ☐ Amended schedules signed by me on |
| ☐ Statement of Financial Affairs signed by me on | ☐ Amended Statement of Financial Affairs signed by me on |
| ☐ Statement of Social Security Number(s) signed by me on | ☐ Amended Statement of Social Security Number(s) signed by me on |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on |

I, **Ali A. Malek**, President of the undersigned debtor(s) hereby declare under penalty of perjury as follows:

1.  I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.  I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.  I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.  I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

| | |
|---|---|
| _____ | _____ |
| **Signature of Debtor** (If non individual, authorized corporate representative) | **Signature of Joint Debtor (if applicable)** |
| **Ali A. Malek** | |
| **Print or Type Name (and title if applicable)** | **Print Name** |
| **Eyal Berger 11069** | **954-463-2700** |
| **Print or Type Name of Attorney for Debtor** | **Phone:** |

## WORLDWIDE TRANSPORTATION SERVICES, INC.

### January 26 , 2016

The undersigned, being the sole shareholder and officer (the "President") of Worldwide Transportation Services, Inc., a Florida Corporation (the "Company"), hereby waives all formal requirements, including the necessity of holding a formal or informal meeting and any requirements for notice, and hereby consents to and approves the adoption of the following corporate resolutions, all consistent with the Articles of Incorporation and the general corporate laws of the State of Florida, and none of which have been rescinded or amended or duly moved, and all of which are in full force and effect.

### Corporate Resolutions

WHEREAS, the President has considered the circumstances of the Company's business and its assets and outstanding liabilities, and determined that a restructuring is necessary in order to maintain the Company as a going concern;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the President, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company the United States Bankruptcy Court for the District of Florida (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED FURTHER, that the President of the Company is hereby authorized, empowered and directed on behalf and in the name of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that the President deems necessary, desirable and proper in connection with the commencement of the Company's chapter 11 case (the "Chapter 11 Case"); and

RESOLVED FURTHER, that subject to the Bankruptcy Code, and otherwise applicable law, the President shall have all of the right, power and authority to manage and direct the business and affairs of the Company and to do any and all acts on behalf and in the name of the Company that are necessary or convenient to or in furtherance of any decisions within the scope of his authority and any and all actions that are related or incidental to the accomplishment of such actions, all without the consent of any other Person, including but not limited to the following: (i) the determination and implementation of an overall strategy in the Chapter 11 Case; (ii) the direction and administration of the Chapter 11 Case and the hiring and direction of the Company's professionals in connection therewith, (iii) the operation and management of the Company at all times during the pendency of the Chapter 11 Case, (iv) the development and adoption of any plan of restructuring or plan of liquidation for the Company, (v) the day-to-day responsibilities of the Company at all times during the pendency of the Chapter 11 Case; (vi) any process to market and sell the Company's assets; (vii) the borrowing of funds from, and provision of guaranties to, and the undertaking of related financing transactions, including the use of cash collateral, with such lenders and on such terms as may be reasonably necessary for the continuing conduct of the affairs of the Company and the paying of related fees and granting

of security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by the President in connection with such borrowings; (viii) making any other decisions or performing any other such acts consistent with operating the Company in the Chapter 11 Case and prosecuting the Chapter 11 Case to a successful conclusion; (ix) any and all action necessary or convenient to or in furtherance of any of the foregoing; and (x) any and all actions related or incidental to the accomplishment of any of the foregoing, in each case without the consent of any other person or entity.

WHEREAS, the Company will require the services of legal, financial, restructuring, and other professionals during the Chapter 11 Case;

NOW, THEREFORE, BE IT RESOLVED, that the President is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case; and

RESOLVED FURTHER, that that the President is hereby authorized, empowered and directed on behalf and in the name of the Company to retain the law firm of Akerman, LLP ("Akerman") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the President is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Akerman; and

RESOLVED FURTHER, that the President is hereby authorized, empowered and directed on behalf and in the name of the Company to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the President is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper.

WHEREAS, it is in the best interests of the Company, its creditors, and other interested parties to obtain debtor-in-possession financing in furtherance of the Chapter 11 Case;

NOW, THEREFORE, BE IT RESOLVED, that the President is hereby authorized, empowered and directed on behalf and in the name of the Company to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the President is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate loan agreements, cash collateral agreements and related ancillary documents.

{37229131;1}

WHEREAS, it is in the best interests of the Company that the Company sell all or substantially all of its assets, and to cause the sale of all or substantially all of the assets of its subsidiaries, in a transaction subject to Section 363 of the Bankruptcy Code or pursuant to the terms of a chapter 11 plan (a "Sale"), and in such a transaction to achieve the maximum value for such assets for the benefit of the Company's creditors and other interested parties;

NOW, THEREFORE, BE IT RESOLVED, that the President is hereby authorized, empowered and directed on behalf of and in the name of the Company to seek the highest and best value for the assets of the Company, including (a) marketing the Company, its business and its assets, (b) identifying appropriate third party purchasers, strategic and financial, (c) negotiating the terms and conditions of, and entering into one or more appropriate letters of intent, term sheets, or purchase and sale agreements in respect of the assets of the Company or a chapter 11 plan, (d) obtaining any orders, consents or approvals of the Bankruptcy Court and other third parties necessary or appropriate to carry out the transactions contemplated by such agreements or documents, and (e) taking any other actions reasonably necessary in connection therewith; and

RESOLVED FURTHER, that the President is hereby authorized, empowered and directed on behalf and in the name of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the President to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 Case; and

RESOLVED FURTHER, that any and all actions heretofore taken by the President on behalf and in the name of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned President of the Company has caused this consent to be executed as of the date first written above.

**Worldwide Transportation Services, Inc.**


By:_____
        Ali A. Malek, President

**United States Bankruptcy Court**
**Southern District of Florida**

In re   Worldwide Transportation Services Inc.                                    Case No. _____

                                                    Debtor(s)                    Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct
to the best of my knowledge.

Date:   1/26/16                              _____
                                            Ali A. Malek/President
                                            Signer/Title

2377 Collins Resort, L.P.
2341 Collins
Miami Beach, FL 33139


3201 Hotel LLC
3201 Collins Avenue
Miami Beach, FL 33154


A & E Dist. Corp.
3011 SW 128 Ave
Miramar, FL 33027


A SUV Service, Inc.
17621 NW 82nd Ct
Hialeah, FL 33015


A&E Dist. Corp.
3011 NW 128th Ave
Miramar, FL 33027


A.M.R. Quality, Inc.
9021 SW 156 St. #225
Palmetto Bay, FL 33157


A1A Airport Limousine Service
1990 NE Boca Raton Blvd.
Boca Raton, FL 33432


Abel Echenique
14440 SW 112 Terr.
Miami, FL 33186


Abraham Ezquenazi
1041 E 8th Ct.
Hialeah, FL 33054


Academy
PO Box 1410
111 Paterson Ave
Hoboken, NJ 07030


Acqualina Management, LLC
dba Acqualina Resort & Spa on the Beach
North Miami Beach, FL 33160

Admiral Limousine & Transportation
13255 West Dixie Hwy
North Miami, FL 33161


Adrian Glasgow
455 NW 170
Opa Locka, FL 33056


Advantage Auto Finance Company LLC
1111 Marcus Ave
Suite M27
Lake Success, NY 11042


Advantage Funding
1111 Marcus Ave. Suite M-27
Lake Success, NY 11042


Airnex Communications, Inc.
3075 Breckinridge Blvd.
Suite 425
Duluth, GA 30096


Albert Charles
299 SW 77 Terr
Fort Lauderdale, FL 33068


Alberto Romero
4732 NW 114 Ave Apt 201
Doral, FL 33178


Alejandro Argudin
1250 Alton RD APT 4F
Miami, FL 33055


Alexander Ureymagov
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Alfredo Gainza
5900 SW 127 Ave Apt # 3116
Miami, FL 33183

Ali A. Malek
19006 SW 79th Ave
Miami, FL 33157


Aliines Transport, Inc.
8275 SW 152nd Ave
Apt. 212
Miami, FL 33193


Alison Duran
262 NE 90 St
Miami Shores, FL 33138


All Hotels
Two Alhamra Plaza
Penthouse 2-C
Miami, FL 33134


All Resort Express
PO Box 681780
Park City, UT 84068


Alliance Limousine
547 Saw Mill River Rd
Ardsley, NY 10502


Ambassador Limousines
4419 N. Hubert Ave
Tampa, FL 33614


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184


American Transportation
6635 NW 40th Street
Virgina Gardens, FL 33166

Anatoliy Kim
851 Three Islands Blvd.
Apt 505
Hallandale, FL 33039


Ancar 17 Limousince Corp.
PO Box 960057
Miami, FL 33296


Andranik Kazarian
16919 N Bay Rd Apt 116
Sunny Isles, FL 33160


Anher Services Inc.
7331 SW 22nd St.
Miami, FL 33135


Anher Services. Inc.
1750 West 46th
Suite 401
Hialeah, FL 33012


Anthony Beaufort
2550 NW 162 Terr
Miami, FL 33054


Anthony Hoepelman
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Antonio A. Carrion
6155 NW 198th St.
Miami, FL 33127


Aramis Mercado
9021 SW 156St. #225
Palmetto Bay, FL 33157


Artsemi Mikhalchuk
600 Three Islands Apt 207
Hallandale, FL 33009

Artur Nersisyan
1880 S Ocean Drive Apt 307
Hallandale, FL 33009


ASA Transportation, Inc.
19390 Collins Ave
Apt 607
Sunny Isle Beach, FL 33160


Associated Limousine Services
1971 S. Park Rd
Pembroke Park, FL 33009


Associated Receivables Funding Inc.
PO Box 16253
Greenville, SC 29606


AT&T
PO Box 536216
Atlanta, GA 30353


Aurora Buric
880 NE 69 St #2k
Miami, FL 33138


Avalon Transportation
312 Martin Ave
Santa Clara, CA 95050


AvMed, Inc.
PO Box 860363
Orlando, FL 32886-0363


Bawry Pollard
442 NW 82 Terr
Miami, FL 33150


Beauty Unlimited
3625 N. Country Club Dr.
Apt. 6007
Miami, FL 33180


Bentley Financial Services Inc.
One Porsche Dr
Atlanta, GA 30354

Berni Lam Sr.
13543 SW 9 Lane
Miami, FL 33184


Berni Lam, Jr.
13543 SW 9 Lane
Miami, FL 33184


Bertram Walthour
1781 NW 154 St.
Miami, FL 33054


Better Business Bureau of Southeast
4411 Beacon Circle, Suite 4
West Palm Beach, FL 33407


Beyond Limo Transportation
1800 NW 19th St
Miami, FL 33125


Bobit Business Media
11745 SW 134 Ct.
Miami, FL 33186


Bogdan Popa Lopez
915 NW 1 Ave
Miami, FL 33136


Bortrans, Inc.
128 Sidonia Ave
Apt. 9
Coral Gables, FL 33134


Boutique Limousine
9119 SW 227 Terrace
Cuttler Bay, FL 33190


Broward County Chamber of Commerce
5601 North Powerline Road #205
Fort Lauderdale, FL 33309


Bryan Quirch
1000 NE 80th Ct
Apt 16
Hialeah, FL 33016

Bryan Zwicker, Esq.
Zwicker & Associates
80 Minute Man
Andover, MA 01810


Buena Vista Transport, Inc.
6421 Custer St.
Hollywood, FL 33023


C & V Logistics LLC
10131 SW 37th Terr
Miami, FL 33165


Calderon Logistics LLC
1480 SW 171st Terrace
Pembroke Pines, FL 33027


Capital Advance Services, LLC
PO Box 782
114 John Street
New York, NY 10038


Capital Limousine
360 Decatur St.
Ste 2211
Atlanta, GA 30312


Capital Office Products
210 Fentress Blvd.
Daytona Beach, FL 32114


Cargio Inc.
10740 SW 88th St.
Unit L9
Miami, FL 33176


Carlos Bentancourt
10310 SW 199 St.
Miami, FL 33157


Carlos R. Perez
9150 SW 80th St.
Miami, FL 33136

Carmen Veroy
2031 Renaissance Blvd Apt 103
Miami, FL 33015


Castillo Limo Service Inc.
8621 Northwest 35th Court
Miami, FL 33147


Cesar Dante Martinez
c/o Elliot Ari Kozolchk, Esq.
320 S.E. 9th Street
Fort Lauderdale, FL 33316


Charles Lee
6105 Royal Poinciana Ln
Tamarac, FL 33319


Chevron - Dania Beach
2080 Griffin Rd
Dania Beach, FL 33312


Chevron Opa Locka
4190 NW 135 St.
Opa Locka, FL 33054


Chicago's Transportation Group, LLC
355 W. Dundee Road
Suite 214
Buffalo Grove, IL 60089


Clements Corporate Car Service
49 Fima Crescent
Unit E
Toronto, ON M8W 3RI
CANADA


Codina Transportation Corp.
10375 NW 129 St
Hialeah, FL 33018


Comcast Miami Lakes
2151 W 62nd Street
Hialeah, FL 33016

Comcast Orion
2151 W 62nd Street
Hialeah, FL 33016


Concierge London Limited Studio
Studio D3
2 Michael Road
London SW6 2AD
UK


Copier Express Services
14815 NW 88 Place
Miami Lakes, FL 33018


Coral Gables Chamber of Commerce
224 Catalonia Ave
Coral Gables, FL 33134


Corporate Coaches, Inc.
PO Box 17825
Plantation, FL 33318


Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL 62703


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Courtney Roach
22250 SW 98 Pl
Miami, FL 33190


Couto Real Estate, LLC
615 NE 22nd St.
Apt 802
Miami, FL 33137


Craig Carter
8959 Carlyle Ave
Miami Beach, FL 33154

Create a Card, Inc.
16 Brasswood Road
Saint James, NY 11780


CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Curt Lake
c/o Gustavo Alfonso Bravo, Esq.
Two South University Drive
Suite 315
Plantation, FL 33324


Dad Car Services, Inc.
22609 SW 103 Ave
Miami, FL 33190


Damian Kildare
4222 inverrary Blvd Apt 4502
Lauderhill, FL 33319


Dashua Codina
11414 SW 144 Path
Miami, FL 33126


DAV-El
PO Box 846176
Boston, MA 02284


David's Bridal
1001 Washington St.
Conshohocken, PA 19428


Dedric Dion Jones
4030 SW 43 Ave
West Park, FL 33023


Deem Global Ground
301 Howard St., 21st Floor
San Francisco, CA 94105


Delbert Garcia
17900 NE 9th Pl
Miami, FL 33162

Desert Road Worldwide Transportation
PO Box 87407
Phoenix, AZ 85080


Destination MCO
10311 Orangewood Blvd. Suite B
Orlando, FL 32821


Dining Out Magazine
3917 W 32nd Ave
Apt. 1
Denver, CO 80212


Dish Network 2864
PO Box 26007
Miami, FL 33126


Divine Chariots Limousine
950 Herigton Rd
Ste C-170
Lawrenceville, GA 30044


Dolphin Mall
11401 NW 12th St.
Miami, FL 33172


Driving Results, LLC
225 E. 47th St.
Ste 2J
New York, NY 10017


Drivur Co. DBA KLS
1 Penn Plaza
25th Floor
New York, NY 10018


Dwayne Vermon Lowe
19604 NW 32 Ct
Miami Garden, FL 33056


Dwayne Wynn
1261 NW Little River Dr
Miami, FL 33147

Ean Sims
c/o Gustavo Alfonso Bravo, Esq.
Two South University Drive
Suite 315
Plantation, FL 33324


eBay
2145 Hamilton Ave
San Jose, CA 95125


Eddie Torres
1629 SE 4 ST Apt 15m
Miami, FL 33136


Eden Roc LLLP by Destination Miami Beach
4525 Collins Ave
Miami Beach, FL 33140


Edson Da Silva
987 SW 37 Ave, Apt 1001
Miami, FL 33135


Elias Vargas
8015 SW 158 Ave
Miami, FL 33193


Elite Bridal Network
3100 N Palm Aire Dr #502
Pompano Beach, FL 33069


Elite Service Solutions Corp.
7900 Tatum Waterway Dr
Suite 405
Miami Beach, FL 33141


Embert Olarte
7340 Stirling, Apt 105
Davie, FL 33024


Emebrts Limo
7340 Stirling Apt. 105
Davie, FL 33024

Emma VIP Services, LLC
700 NE 63rd St.
Dph2
Miami, FL 33138


Endeavor Bus Lines
7915 NW 5th Ct.
Miami, FL 33150


Ernesto Martinez PA
2655 Lejuene Rd, Ste 323
Coral Gables, FL 33134


Estaban Carballo
7515 SW 164 Ct.
Miami, FL 33193


Esteban Cruz
680 sw 116 CT
Miami, FL 33174


Esteban Felipe Bueno Paladines
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Esteban Orbegozo
9109 SW 108 Cir Ct.
Miami, FL 33176


Estebon Brown
1756 N. Bayshore Apt. 310
Miami, FL 33132


Eugenio Rodriquez
3220 NE 18 Terrace
Miami, FL 33125


Eugenly Shablin
17425 North Bay Road, Apt 3407
Miami, FL 33161


Evelyn Izaguirre
12054 SW 137 Terr
Miami, FL 33186

Exclusive Sedan Service
12580 Saticoy St. #C
North Hollywood, CA 91605


Fabio Vasquez
15001 NW 42nd Ave
Miami, FL 33054


Farrand Clarke
1835 NW 41 ST
Miami, FL 33142


FedEx
3965 Airways, Module G
Memphis, TN 38116


Felix Velasquez
860 NE 135th Ct
Miami, FL 33182


Feliz Mateu
2275 SW 26th Lane
Miami, FL 33133


Femsa Col Inc.
801 SW 133rd Terr
Pembroke Pines, FL 33027


Fico DLTC, Inc.
1567 S. Lejune Rd Apt 4
Miami, FL 33134


Firestone Complete Auto Car
1200 West Ave Apt 518
Miami Beach, FL 33139


First Class Destination Solutions
220 St. IC-15 BLQ
Bayamon, PR 00958


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Fleet Financing Resources, LLC
10370 Hemet St.
Ste 350
Riverside, CA 92503


Flightline Drug Testing
650 SW 34 St
Suite 301
Fort Lauderdale, FL 33315


FlightView, Inc.
55 Chapel Street
Ste 103
Newton, MA 02458


Florida Dept. of State Div. of Corp.
P.O. Box 6327
Tallahassee, FL 32314


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Francisco J. Arguelles, CPA
201 Cross St
Miami, FL 33166


Francisco Rojas
3762 SW 153 Ct
Miami, FL 33185


FTL Limo
1919 NW 19 St.
Suite 104
Fort Lauderdale, FL 33311


Garcell Corporation
241 S. Royal Poinciana Blvd.
Miami Springs, FL 33166


Garcia-Menocal Irias & Pastory LLP
2355 Salzedo St
Suite 204C
Coral Gables, FL 33134

Gardens State Transportation, Inc.
901 NE 209 Terrace
Miami, FL 33179


Georgia Power
96 Annex
Atlanta, GA 30396


Gerald Dorce
701 NW 214 St
Apt 514
Miami, FL 33164


Gilberto de Leon
10131 SW 37 Terrace
Miami, FL 33165


Global Radar
201 South Biscayne Blvd.
28th Fl
Miami, FL 33131


Gordon Johnson
901 NE 209 Terrace
Miami, FL 33179


Grand Avenue Limousine
186 N 1st St
Nashville, TN 37213


Greater Miami Chamber of Commerce
1601 Biscayne Blvd
Miami, FL 33132


Greater Miami Convention & VisitorBureau
1601 Biscayne Blvd.
Miami, FL 33132


Guarantee Insurance Company
PO Box 406012
Atlanta, GA 30384-6012


H & H Power Steering Specialist
10890 Quail Roost Dr
Miami, FL 33157

Hays Point, Inc.
4827 SW 183 Ave
Miramar, FL 33029


HCP Aboard Publishing Inc.
PO Box 227967
Miami, FL 33222-7967


Henry Alvarez
811 NE 82 Terr
Miami, FL 33138


Henry Frank
12828 SW 44th St.
Miramar, FL 33027


Henry Limousine Ltd.
43rd Ave
Long Island City, NY 11101


Herbert Barr
2103 NW 100th St.
Miami, FL 33147


Herbert Ludwig
5581 SW 32 Ln
Fort Lauderdale, FL 33312


High Technology Support Services, Inc.
7929 NW 200 Terr
Miami, FL 33015


Hillman Limousine
PO Box 970513
Miami, FL 33126


Howard Sorkowitz
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


HST WRN LLC dba Westin Chicago River N
320 North Dearborn St.
Chicago, IL 60654

HY & DY Multiservices
3351 Torremolinos Ave
Miami, FL 33178


Hyperride Technologies, Inc.
3746 NW 124th Ave
Coral Gables, FL 33065


Igor Shakhnis
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


IHeart Media
200 East Basse Rd
San Antonio, TX 78209


Innovatice UPC
PO Box 668307
Pompano Beach, FL 33066


Insurance Information Exchange
1716 Briarcrest Dr
Suite 200
Bryan, TX 77802


Internal Revenue Service
51 SW First Ave, Room 700
Stop 5150
Miami, FL 33130


Invotech Systems, Inc.
16530 Ventura Blvd.
Suite 603
Encino, CA 91436


Isaiah Morales
6871 SW 157 Court
Miami, FL 33193


Israel Riley
10203 NW 12 Ave
Miami, FL 33150

Ituran USA Inc.
1700 NW 64th St.
Suite 100
Fort Lauderdale, FL 33309


Ives Victorin
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


J J Executive Transportation Corp.
1324 Euclid Ave
Miami Beach, FL 33139


J. JR USA Transportation Corp.
8846 W. Flagler
Suite 3
Miami, FL 33174


Jaimaine Higgins
9112 Vineyard Lake Dr
Apt. 9112
Plantation, FL 33324


JAR Transportation Service Corp
4111 NW 37 Ave
Lot B210
Miami, FL 33142


Jarn, Inc.
9850 East Bay Harbor Dr. 4A
Bay Harbor Islands, FL 33154


JBJ Service of Florida, Inc.
10850 NW 2nd St.
Apt. 105
Pembroke Pines, FL 33026


Jeremy Citron
1929 Madison St. #5
Hollywood, FL 33020


Jerseyjohn Studio, LLC
400 W Park Dr.
Apt. 107
Miami, FL 33172

Jimmy Cantave
870 NW 107 St
Miami, FL 33168


JK Import and Export, LLC
1805 Sans Souci Blvd
Miami, FL 33181


John Correa
5180 NW 7th St.
Apt. 504
Miami, FL 33120


John Cuartas
13876 SW 56th #431
Miami, FL 33175


John Cuartas Jr.
6402 SW 132nd Ct
Miami, FL 33183


John Lache
8353 Lake Dr. Apt. 301
Doral, FL 33165


Johnathan Keane
2001 Meridian Ave
Miami Beach, FL 33319


Johnsy Calderon
9919 W okeechobee Rd
Apt 238
Hialeah, FL 33016


Jon Woll
2934 Coconut Ave
Miami, FL 33133


Jorge Contreras
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314

Jorge Moran
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Jorge Romero
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Jose Julio Urena
480 Fernwood Rd
Key Biscayne, FL 33149


Jose Ledezma
19246 NW 13 ST
Pembroke Pines, FL 33029


Jose Quinde
185 SW 77 St
Miami, FL 33130


Jose Ramos
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Joseph Livemore
3281 NW 94 St
Miami, FL 33147


Joseph Louis
1040 NW 155th Lane
Miami, FL 33169


Joshua's Way Corp.
17440 NW 67 Ct
E-15
Hialeah, FL 33015


JP Limousine Service Inc.
7345 Byron Ave
Apt. 5
Miami Beach, FL 33141

JP William
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


JRD Marin LLC
5091 NW 7th St.
Apt. 1108
Miami, FL 33126


JSJ Miami LLC
10920 SW 70th Terr
Miami, FL 33173


Judes Joseph
425 NE 157th St
Miami, FL 33162


Julien LePlatte
2715 SW 34 Ave
Miami, FL 33312


Julio Diaz
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Julio Lopez
1055 SW 12th St.
Miami, FL 33129


Kauff's of Miami, Inc.
2435 All Baba Ave
Opa Locka, FL 33054


Kelvin Mota
570 NW 82 Pl
Apt 293
Miami, FL 33126


KLS Worldwide Chauffeured Services
9663 Santa Monica Blvd.
Beverly Hills, CA 90210

Kluger, Kaplan, Silverman, Katzen & Levi
201 S. Biscayne Boulevard
27th Floor
Miami, FL 33131


Ladson Luxury Lifestyle
6700 Indian Creek Dr.
Unit 1502
Miami Beach, FL 33141


Lago-Mar Transportation, Inc.
317 North Federal Highway
Lake Worth, FL 33460


Landmark Aviation
15001 NW 42nd Ave
Opa Locka, FL 33054


Laska Fashion LLC
3125 NE 184th St
Apt. 1201
Aventura, FL 33160


Lawson A Rose
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Leader Worldwide Chaffeur Services
10 Richards Rd #201
Kansas City, MO 64116


Leaderventures, Inc.
8340 NE 1st Ave
Miami, FL 33138


Lesly Jean Louis
5821 NW 7 Ave
Miami, FL 33127


LHO Michigan Avenue Freeze Out LLC
909 N Michigan Ave.
Chicago, IL 60610

Limo Corp. Worldwide
5509 N. Cumberland Ave
Suite 514
Chicago, IL 60656

Limolink
701 Tama St
Building A
Marion, IA 52302

Limousine Management System
1 Kalisa Way
Suite 310
Paramus, NJ 07652

Lincolnson Paul
7526 NE Miami Apt 4
Miami, FL 33138

LJ & CM Services, Inc.
8400 SW 33rd Terr
Miami, FL 33155

Lopez Garcia Investments, Inc.
3928 Adra Ave
Doral, FL 33155

Luandos, Inc.
1335 NW 154th Ln
Pembroke Pines, FL 33028

Lucky Limousine & Towncar Services, LLC
11824 NE Ainsworth Cir
Portland, OR 97220

Luis Fernando Davila
16494 SW 61st Way
Miami, FL 33193

Luis Gonzales
3101 N. Country Club Dr.
Aventura, FL 33180

Luxury Transportation Group
1001 N. Federal Hwy
Suite 316
Hallandale, FL 33309


Luz del Alba, Inc.
19001 NE 14th Ave #204
Miami, FL 33179


Made & JJ investment Inc.
480 Fernwood Rd
Key Biscayne, FL 33149


Mahriri Moody
9259 SW 227 St
Miami, FL 33190


Major League Limo Services Inc.
1800 NW 24 Ave
#421
Miami, FL 33125


Marc Motors Inc.
2415 Stirling Rd
Fort Lauderdale, FL 33312


Mario Fernandez
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Marvin Nicaragua
1301 NE 191 ST, Apt 101
Miami, FL 33179


Mathew Diaz
7400 Forrest St
Hollywood, FL 33024


Mayin Corp.
1455 N. Treasure Dr.
Apt. 4H
North Bay Village, FL 33141

Mayin Corporation
1455 N Treasure Dr
Apt 4H
North Bay Village, FL 33141


Mazen Osman
1329 Penn Ave Apt 1
Miami, FL 33133-9000


Melvin Cabrera
7920 East Dr.
Apt. 25
Miami Beach, FL 33141


Metropolis Corporation Inc.
3512 South Longfellow Circle
Hollywood, FL 33021


Mexico Godandi & Sons Inc.
Lorenzo Boturini 215, Tránsito, Cuauhtém
06820 Ciudad de México
MEXICO


MG Chauffeur Corp.
16090 SW 304th Terr
Homestead, FL 33033


Mia Limos LLC
921 ne 213th Trr.
921-3
Miami, FL 33179


Mia Luxury Services, LLC
20685 W 57 Ct.
Miami, FL 33165


MIA VIP Inc.
177 SW 7th St.
Miami, FL 33130


Miami Coach & Tours Bus Lines
PO Box 4620
Miami Beach, FL 33141

Miami International Airport
2100 NW 42nd Ave
Miami, FL 33126


Miami Lakes Office Park LLC
1440 NW 77th Court
Suite 300
Miami Lakes, FL 33016


Miami Tropics
1300 Alton Rd
Apt. 4C
Miami Beach, FL 33313-9000


Miami-Dade Aviation Dept.
Finance Division
PO Box 526624
Miami, FL 33152-6624


Michael's Transportation & Concierge Ser
423 NE 23rd St.
Ste 702
Miami, FL 33137


Miriam Fuentes
9590 NW 32 Pl
Miami, FL 33147


Misael Carrizo
c/o Netali Peles, Esq
20900 NE 30th Avenue, Suite 800
Aventuro, FL 33180


MKK Enterprise Inc.
9821 NW 4th St.
Pembroke Pines, FL 33024


MMR Group, LLC
1300 Concord Terrace
Ste 310
Sunrise, FL 33323


Moe's Chauffeurs Service, LLC
3241 Holiday Spring Bvld.
Apt. 203
Margate, FL 33063

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903


MP Miami Hotel Owner DBA Four Seasons
1435 Brickell Ave
Miami, FL 33131


Multiview
PO Box 202696
Dallas, TX 75320-2696


Music Express Worldwide
475 Boulevard
Elmwood Park, NJ 07407


My Limousine Service
235 Route 10
East Hanover, NJ 07936


Mykhallo Chulko
17021 N. Bay RD Apt 1019
Sunny Isles, FL 33160


Myriam Florez
7345 Byron Ave, Apt 5
Miami Beach, FL 33141


Napleton Rent A Car
3626 North Lake Blvd.
West Palm Beach, FL 33403


National Leasing Services, LLC
370 Crooked Lane
King of Prussia, PA 19406


Nexgen Corporate Solutions Inc.
15001 NW 42nd Ave
Miami, FL 33054


Nexogy
2121 Ponce de Leon
Suite 200
Opa Locka, FL 33054

Nicole Hinton
1760 SW 83 Ave
Miramar, FL 33025


Noble Transportation & Limousines
5694 Central Florida Pkwy
Orlando, FL 32821


North Point Transportation Group
PO Box 88128
Atlanta, GA 30356


Nuvox Communications
Two North Main St.
Greenville, SC 29601-2719


NYG Limousine
1 Cross Island Plaza
Suite 204A
Rosedale, NY 11422


Ocean Reef Club, Inc.
35 OceanReef Dr.
Suite 200
Key Largo, FL 33037


Ocean Reef Press
35 Ocean Reef Dr
Suite 200
Key Largo, FL 33037


ODT & T - Ocean Dr. Travel
625 S. Shore Dr.
Miami, FL 33131


Olympus Worldwide
5825 Glenridge Dr #290
Atlanta, GA 30328


On Deck Capital
1400 Broadway
New York, NY 10018

Orlando Rodriquez
5241 NE 170th Terr
Miami, FL 33055


Osiris Ramos
1324 SW 26th Ave
Fort Lauderdale, FL 33312


Palm Beach Tours & Transp.
5900 Georgia Ave
West Palm Beach, FL 33405


Pardrino Limousine Service
2355 NW 35th Ave
Miami, FL 33142


Partners Executive Transportation
19-02 Expy
Suite 200
Whitestone, NY 11357-3099


Paul Messina
5800 Margate Blvd. 416
Margate, FL 33063


Pavel Cruz Tena
c/o Isaac Jackie Mamane, Esq.
1150 Kane Concourse, Floor 2
Bay Harbour Islands, FL 33315-4000


Pedro C. Serritiello
c/o Netali Peles, Esq.
20900 NE 30th Avenue, Suite 800
Aventura, FL 33180


Pelfer Exterminators & Lawn Spray Corp.
3391 SW 129 Ave
Miami, FL 33175


Personal Express Inc.
2829 Indian Creek
Apt. 1201
Miami Beach, FL 33140

Ph Premium Services Inc.
225 NE 23rd St.
Apt. 904
Miami, FL 33137


Ph Premium Services, Inc.
225 NE 23rd St. #904
Miami, FL 33137-6000


Philip Nerone
545 Monroe St. Apt. 4
Hollywood, FL 33019


Pierre Bellier
293 NE 80th Terr
Miami, FL 33138


Pierre Louis Enterprises, LLC
15030 NE 11th Court
Apt. 3
Miami, FL 33161


Polimo 7 Inc.
13455 NE 10th Avenu 205 FL
Miami, FL 33161


Port of Miami
1015 North American Way
2nd Fl
Miami, FL 33132


Posh Concierge Services, Inc.
1370 W 80th St.
Hialeah, FL 33104


Professional Chauffeur of Florida, Inc.
1630 SW 137th Ct.
Miami, FL 33175


Proximalpha, LLC
13910 Lake Candlewood Cr
Hialeah, FL 33014

PS Transport 1771 Corp.
1040 SW 13th Ave
Miami, FL 33135


Quadrum Miami Beach LLC
1825 Collins Ave
Miami Beach, FL 33139


R&R Transport Service, Inc.
570 NW 82 Pl
Unit #296
Miami, FL 33126


Ramon Rivas
2920 S. Federal Hwy
Miami, FL 33129


Rashida Jones
12610 NE 8th Ave
Miami, FL 33161


Raul Alberto
9335 SW 212 Terr
Miami, FL 33189


Raul Dacosta Lopez
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Raul Lorenzo
9109 SW 108 Cir
Miami, FL 33176


Raynaldo Padrino
2355 N.W. 35 Ave
Miami, FL 33142


Regency Limousine Intl
18-50 42nd St.
2nd Floor
Astoria, NY 11105

Renier Molina
8000 SW 81st St
Miami, FL 33143


Reynol Kang
850 W 49 St Apt 709
Hialeah, FL 33012


Richard Cooper
5001 SW 19th St.
West Park, FL 33023


Right Way Destinations Corp.
9298 SW 35th St.
Coral Gables, FL 33146


Roadway Towing
6980 NW 53rd Terr
Miami, FL 33166


Robert Dyer
2101 NW 185 ST
Miami Gardens, FL 33056


Robert J. Burke
6195 Rock Island Rd
Apt. 116
Tamarac, FL 33319


Robert Kohl
1062 S Military Dr Apt 203
Deerfield Beach, FL 33442


Robert Sarhan
240 West 68 ST, Apt 210
Hialeah, FL 33014


Rodolfo Calvgna
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314


Rolling Luxury, Inc.
8691 NW 15th Ct/
Pembroke Pines, FL 33024

Ronald Gross
11840 NE 19th Dr
Miami, FL 33181


Roy Burgos
9410 W. Flagler
Miami, FL 33174


Royal American Limousine
990 Biscayne Blvd, Suite 502
Miami, FL 33132


RRl Insurance
4450 W. Eau Gallie Blvd.
Suite 115
Melbourne, FL 32934


Ryan Reusch
19601 NE 1st Court
Miami, FL 33179


S & K Limo Serv Company
8362 Pines Blvd.
Suite 417
Pembroke Pines, FL 33024


S&G Worldwide, LLC
792 SE 6th Pl
Hialeah, FL 33010


S&K Limo Serv. Company
7130 SW 12th St
Pembroke Pines, FL 33023


Sam Kahkeshan, LLC
10830 SEW 84th St.
Apt. A6
Miami, FL 33173


Samrick Enterprises LLC
116 SE 4th St.
Apt. 12
Hallandale, FL 33009

Sandy Castaneda
3096 W 68 Pl
Miami, FL 33018


Sanga Chauffeurs Inc
905 SE 12th St.
#317
Hialeah, FL 33010


Santander Bank
3 Huntington Quadrangle
Ste 101N
Melville, NY 11747


Santiago Arap
8820 Fontainebleau Blvd.
Apt. 310
Miami, FL 33172


Scholastic Advertising
PO Box 1138
Snellville, GA 30078


Sebastian Silva
6424 NW 199 Terr
Hialeah, FL 33015


Seldar Miami Holding, LLC
Sheraton Operationg Corporation
9703 Collins Ave
Bal Harbour, FL 33154


Seventh Estate LLC
5728 NE 5th Ct
Miami, FL 33127


Sheltair Aviation Center, LLC
4860 NE 12th Ave
Fort Lauderdale, FL 33334


Shofer
PO Box 551312
Fort Lauderdale, FL 33355

Signature Financial and Leasing LLC
225 Broadhollow Rd
Suite 132W
Melville, NY 11747

Signature Transportation Group
2300 Hamilton Road
Arlington Heights, IL 60005

Silver Fox Asset Holdings LLC
526 SW 96th Ct
Miami, FL 33174

Silviu Limousine
3370 North 40th St.
Hollywood, FL 33021

Sixto Pavicich
c/o Richard Bernard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, FL 33314

SLC Atlanta LLC dba The Westin Peachtree
210 Peachtree St. NW
Atlanta, GA 30309

Sofitel Miami
5800 Blue Lagoon Drive
Miami, FL 33126

South Florida Executive LLC
800  Brickell Ave
Penthouse 1
Miami, FL 33131

South Florida Luxury Guide, Inc.
1900 North Bayshore Dr 1A/1B
Suite 114
Miami, FL 33132

Southern Front Limousines, Inc.
915 NW 1st Ave
Miami, FL 33136

Spencer Pierre
917 NW 146 St
Miami, FL 33168


Spirit Airlines
2800 Executive Way
Miramar, FL 33025


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


St. Regis
9703 Collins Ave
Bal Harbour, FL 33154


Stanislav Tyu
7700 Collins Ave
Apt. 6
Miami Beach, FL 33141


Starwoods Hotels & Resorts Worldwide,Inc
c/o Alex S. Drummond, Esq.
Seyfarth Shaw
1705 Peachtree St. NE, Ste 2500
Atlanta, GA 30309-3962


Steve Owen
100 Nirvana Lake
Apt. 904
Box 240
Key Largo, FL 33027


Steven A. Weinberg. Esq.
7805 SW Sixth Court
Plantation, FL 33324


Strategic Funding Source, Inc.
120 West 45th Street
New York, NY 10036


STU Athletic Calendar
PO Box 317
Cresco, PA 18326

Sunshine Limousine & Sedan Service, Inc.
4515 River Gem Ave
Windermere, FL 34786


Supreme Limousine LLC
900 Bay Dr.
Apt. 501
Miami Beach, FL 33141


T-Dollard Transportation of SouthFlorida
3130 NW 131 St.
Apt. 36
Miami, FL 33054


T-Mobile
PO Box 790047
Saint Louis, MO 63179-0047


TCF Equipment Finance
11100 Wayzata, Suite 801
Minnetonka, MN 55305


Teddy Rodriguez
11039 W. Okeechobee
Apt. 201
Hialeah, FL 33018


Tennessee Limousine
2555 Poplar Ave
Memphis, TN 38112


The Conrad Hotel Chicago
15001 NW 42nd Ave
Building 47
Miami, FL 33054


The Ritz-Carlton Hotel Company, L.L.C.
3300 SW 27th Ave
Miami, FL 33133


The Ritz-Carlton Hotel Company, LLC
10295 Collins Ave
Bal Harbour, FL 33154

The Venetian & Palazzo Resorts
3355 Las Vegas Blvd. S.
Las Vegas, NV 89109


Titus Leasing Company
1851 Center Street
P.O. Box 626
Camp Hill, PA 17001-0626


Tomas Nunez
75 W 9 St
Hialeah, FL 33010


Total Transportation Corp
6 Long Lake Road
Saint Paul, MN 55115


TransWest Fleet & Financial Service, LLC
2980 Leavesley Rd
Gilroy, CA 95020


Treemer Corp
7024 SW 22nd St
Miami, FL 33174


Tri County Tele-Systems
6710 SW 29th St.
Miami, FL 33155


Trump International Beach Resort
18001 Collins Ave
Sunny Isles Beach, FL 33160


Tyrone Haye
1901 SW 48 Ave
Hollywood, FL 33023


UBS
100 South East Second St.
Ste 2400
NH 03313-1000

Union Leasing
425 N. Martingale Rd
6th Floor
Schaumburg, IL 60173

Unique Charters, Inc.
160 NW 176th St
Suite 200-1
Miami Garden, FL 33169

United Healthcare Insurance Company
1200 SW 2nd Ave
Miami, FL 33130

USA Transportation
1330 SE 4th Ave
Suite A
Fort Lauderdale, FL 33316

Valdemar Sebastianovich
16919 North Bay Rd
Sunny Isles Beach, FL 33160

Valdemarseba Corp.
16919 North Bay Road 116
Sunny Isles Beach, FL 33160

VCR Limo, Inc.
PO Box 661061
Miami, FL 33266

Victor Montano
6445 SW 18 St
Miramar, FL 33023

VR Worldwide Inc.
8303 24th Ave 8E
East Elmhurst, NY 11370

Vyacheslav Zag
17021 N Bay Rd
Apt. 1019
North Miami Beach, FL 33160

Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051


Weslin Bien Aime
3940 NW 2nd Ave
Pompano Beach, FL 33064


Windy City Limousine
9377 W. Grand Ave
Franklin Park, IL 60131


Worldwide Transportation
15001 NW 42nd Ave
Bldg 47
Miami, FL 33054


Yh Chauffeur Services Inc.
8160 West 28th Ct
Apt. 105
Hialeah, FL 33018


Z Limo Worldwide
6267 Franconia Road
Suite 200
Alexandria, VA 22312


Zain Rodriguez
1741 SW 93 Pl
Miami, FL 33165


Zep Sales & Service
1310 Seaboard Industrial Dr
Atlanta, GA 30318


Ziad Bader
11100 SW 72 Ct
Miami, FL 33156


Zoltan Berces
3892 Farragot St.
Hollywood, FL 33020