| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Worldwide Transportation Services Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Academy<br>PO Box 1410<br>111 Paterson Ave<br>Hoboken, NJ 07030 | | | Disputed | | | $21,279.50 |
| Advantage Funding<br>1111 Marcus Ave.<br>Suite M-27<br>Lake Success, NY 11042 | | car loan | Disputed | $79,801.66 | $60,000.00 | $19,801.66 |
| Advantage Funding<br>1111 Marcus Ave.<br>Suite M-27<br>Lake Success, NY 11042 | | car loan | Disputed | $36,455.39 | $18,000.00 | $18,455.39 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | money loaned | Disputed | | | $79,372.01 |
| American Express Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | | money loaned | Disputed | $79,372.01 | $0.00 | $79,372.01 |
| Capital Advance Services, LLC<br>PO Box 782<br>114 John Street<br>New York, NY 10038 | | loan | Disputed | | | $65,665.00 |
| Divine Chariots Limousine<br>950 Herigton Rd<br>Ste C-170<br>Lawrenceville, GA 30044 | | | Disputed | | | $22,450.40 |

Debtor  **Worldwide Transportation Services Inc.**                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | | loan | Disputed | | | $170,707.32 |
| Internal Revenue Service<br>51 SW First Ave, Room 700<br>Stop 5150<br>Miami, FL 33130 | | taxes | Disputed | | | $551,022.48 |
| Kluger, Kaplan, Silverman, Katzen & Levi<br>201 S. Biscayne Boulevard<br>27th Floor<br>Miami, FL 33131 | | Legal services | Disputed | | | $50,000.00 |
| Limousine Management System<br>1 Kalisa Way<br>Suite 310<br>Paramus, NJ 07652 | | | Disputed | | | $27,833.95 |
| Marc Motors Inc.<br>2415 Stirling Rd<br>Fort Lauderdale, FL 33312 | | car loan | Disputed | $34,685.66 | $0.00 | $34,685.66 |
| Napleton Rent A Car<br>3626 North Lake Blvd.<br>West Palm Beach, FL 33403 | | car lease obligations | Disputed | | | $450,097.25 |
| North Point Transportation Group<br>PO Box 88128<br>Atlanta, GA 30356 | | | Disputed | | | $61,878.15 |
| Signature Financial and Leasing LLC<br>225 Broadhollow Rd<br>Suite 132W<br>Melville, NY 11747 | | car loan | Disputed | $164,719.34 | $129,000.00 | $35,719.34 |
| Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | | wireless services | Disputed | | | $18,296.87 |
| Strategic Funding Source, Inc.<br>120 West 45th Street<br>New York, NY 10036 | | loan | Disputed | | | $100,000.00 |

Debtor   **Worldwide Transportation Services Inc.**               Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TCF Equipment Finance<br>11100 Wayzata, Suite 801<br>Minnetonka, MN 55305 | | car loan | Disputed | $159,000.00 | $129,000.00 | $30,000.00 |
| TCF Equipment Finance<br>11100 Wayzata, Suite 801<br>Minnetonka, MN 55305 | | car loan | Disputed | $156,000.00 | $129,000.00 | $27,000.00 |
| UBS<br>100 South East Second St.<br>Ste 2400<br>NH 03313-1000 | | | Disputed | | | $60,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Worldwide Transportation Services Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/26/16    X _____
                          Signature of individual signing on behalf of debtor

**Ali A. Malek**
Printed name

**President**
Position or relationship to debtor