Exhibit

ASSETS TO BE SOLD AND EXCLUDED ASSETS

1. all machinery, furniture, equipment, inventory, tools, spare parts, supplies, materials and other personal property owned by Sellers and either (x) located on the Premises or (y) used in connection with the operation of the Business (the "**Equipment**");

2. all of the Sellers' title to, interest in and rights under the lease of the Business Premises (the "**Premises Lease**") and any personal property leases relating to the Premises or the operation of the Business to which the Sellers is currently a party (the "**Leases**");

3. all of Sellers' rights under the miscellaneous purchase orders, issued by the Sellers in connection with the operation of the Business to the extent outstanding on the Effective Date (the "**Miscellaneous Purchase Orders**");

4. all of the Sellers' title to, interest in and rights under any contracts and agreements relating to operation of the Business to which any of the Sellers is currently a party or under which any of the Sellers will have obligations or liabilities outstanding as of the Effective Date (as defined below) and all other customer contracts, all such contracts referred to in this I.A. 1.4 being set forth on Schedule Section 1**Error! Reference source not found.**4 (collectively the "**Contracts**");

5. all of the Sellers' interest in and rights under the medallions, licenses and permits used by them in the operation of the Business set forth on Schedule **Error! Reference source not found.Error! Reference source not found.**5 including, without limitation, those issued by the State of Florida, Miami-Dade county, Florida, Broward county, Florida, and any departments or agencies thereof, and all international and regional airport authorities (collectively the "**Permits**");

{37255807;1}

6. selected Vehicles owned or leased by the Seller as determined by the Seller in its sole discretion as follows: within twenty-one (21 days) of the entry of the Bidding Procedures Order, the Buyer will select, in its sole discretion, from the list of vehicles contained in <u>Schedule Section 1**Error! Reference source not found.**.6</u>, the vehicles or vehicle leases that will be sold, transferred, conveyed, assigned and delivered by the Sellers to the Buyer by this Agreement, subject to the terms of any financing applicable to the selected vehicle or the terms of any applicable vehicle lease (or such other terms or arraignments agreed to by the Buyer and the financing party or lessor with the twenty-one (21 day period)). Any such vehicle selected by the Seller being a "Vehicle" and collectively the "Vehicles." For the avoidance of doubt, the Sellers will retain all rights, title and interest in, and all obligations arising from or related to, any vehicle or vehicle lease that is not selected by the buyer within 21 days of the entry of the Bidding Procedure Order.

7. all of the Sellers' title to, interest in and rights to all computer system hardware currently used in connection with the Business;

8. all of the Sellers' title to, interest in and rights to all computer software used in the Business, together with the rights and subject to the restrictions and requirements set forth in any software licensing agreements to which the Sellers is subject;

9. all of the Sellers' title to, interest in and rights to all trademarks, trade names, internet and world wide web sites, domain names, email addresses and email accounts, including the name "Worldwide Limousine," and all other permutations and combinations of this name as used by Sellers in operation of the Business and all other licenses, service marks and registrations and the goodwill and going concern value associated with the Business and all other

intellectual property or intangible assets relating to the Business and Sellers of every nature and kind;

    10.    all of the Sellers' title to, interest in and rights to all current telephone numbers used in the conduct of the Business;

    11.    all books and records of the Business; and

    12.    any and all other assets owned and used by the Sellers in connection with the Business.

    2.    **Excluded Assets**.  The Purchased Assets shall not include the following assets (the "**Excluded Assets**"):

    1.    any capital stock or equity interests in the Sellers;

    2.    the consideration received by the Sellers pursuant to this Agreement;

    3.    the rights of the Sellers under this Agreement and such other documents and agreements entered into by Sellers in connection therewith;

    4.    all cash and cash equivalents held or owned by Sellers;

    5.    all accounts receivables and proceeds of accounts receivables;

    6.    any and all Plans held or maintained by the Sellers;

    7.    all right, title and interest of Sellers in any insurance policies and all rights of Sellers to insurance refunds, reimbursements and other payments under such policies; provided, however, that any proceeds payable under any policy of insurance for any damage to any Transferred Asset(s) for damage arising prior to or on the Effective Date shall not be deemed an Excluded Asset and shall be remitted to Buyer to the extent received by Sellers following the Closing within (5) business days of the receipt of such funds;

    8.    any and all assets of Sellers not used in connection with the Business.