UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| WORLDWIDE TRANSPORTATION SERVICES, INC., | Case No. 16-11136-LMI |
| WORLDWIDE INVESTMENTS I, LLC, | Case No. 16-11183-LMI |
| WORLDWIDE INVESTMENTS II, LLC | Case No. 16-11185-LMI |
| WORLDWIDE INVESTMENTS III, LLC | Case No. 16-11189-LMI |

Debtors.
_____/

**NOTICE OF FILING DEBTORS' PROPOSED
NOTICE OF AUCTION AND SALE HEARING**

Worldwide Transportation Services, Inc., Worldwide Investments I, LLC, Worldwide Investments II, LLC, and Worldwide Investments III, LLC, by and through undersigned counsel, hereby file the attached proposed Notice of Auction and Sale Hearing.

Dated:  January 28, 2016                    Respectfully submitted,

                                            */s/Eyal Berger*
                                            Eyal Berger, Esq.
                                            AKERMAN LLP
                                            Florida Bar No. 11069
                                            Las Olas Centre II, Suite 1600
                                            350 East Las Olas Boulevard
                                            Fort Lauderdale, Florida 33301
                                            Tel: (954) 463-2700
                                            Fax: (954) 463-2224
                                            eyal.berger@akerman.com
                                            *Attorneys for Debtors*

{37260783;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 28, 2016 by transmission of Notices of Electronic Filing generated by the Clerk of Court using CM/ECF to those parties registered to receive electronic notices of filings in this case.

                                              By: /s/ *Eyal Berger*
                                                    Eyal Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| WORLDWIDE TRANSPORTATION SERVICES, INC., | Case No. 16-11136-LMI |
| WORLDWIDE INVESTMENTS I, LLC, | Case No. 16-11183-LMI |
| WORLDWIDE INVESTMENTS II, LLC | Case No. 16-11185-LMI |
| WORLDWIDE INVESTMENTS III, LLC | Case No. 16-11189-LMI |

Debtors.

_____/

## NOTICE OF AUCTION AND SALE HEARING

### PLEASE TAKE NOTICE OF THE FOLLOWING:

On January 27, 2016, the above styled Debtors filed a motion (the "Bid Procedures Motion") seeking an order (the "Bid Procedures Order") (a) approving competitive bidding and sale procedures (the "Bid Procedures") in connection with the sale of certain property described in Exhibit "A" to the Motion (the "Property") pursuant to that certain Purchase and Sale Agreement dated January 27, 2016 attached to the Motion as Exhibit "B" (the "Agreement") by and between the Debtors and MTG Florida, LLC (the "Proposed Purchaser"); (b) approving this notice (the "Sale Notice"); (c) approving the Agreement; and (d) scheduling the date of the auction of the Property (the "Auction") and the sale hearing (the "Sale Hearing").  The Bid Procedures Motion additionally requests entry of an order (the "Approval Order") approving (i) the sale of the Property free and clear of liens, claims, encumbrances and interests contemplated by the Agreement; and (ii) certain related relief.

On _____, 2016, the United States Bankruptcy Court for the Southern District of Florida entered the Bid Procedures Order (ECF No. __).  Pursuant to the Bid Procedures Order, the Auction shall take place on _____ at **10:00 a.m.** at the offices of Akerman LLP, 350 East Las Olas Blvd., Suite 1600, Fort Lauderdale, Florida 33301.  Only parties that have submitted a "Qualified Bid" in accordance with the Bid Procedures by no later than _____ at **5:00 p.m.** (Eastern Time) (the "Bid Deadline") may participate at the

Auction. Any party that wishes to take part in this process and submit a bid for the Property must submit their bid prior to the Bid Deadline and in accordance with the Bid Procedures.

To be considered a Qualified Bid, each potential bidder must submit a Qualified Bid Packet as more particularly described in the Bid Procedures. The Qualified Bid Packet must include the following:

(1) A deposit in the amount of $135,000 payable by cashier's check or wire transfer or other form acceptable to the Debtors in their sole discretion to be deposited with and held in trust by the Trustee.

(2) An executed purchase and sale agreement that substantially conforms to the Agreement proposing a purchase price equal to or greater than $1,350,000.00 and not subject to any contingencies to the validity, effectiveness, and/or binding nature of the offer, including without limitation, contingencies for financing or due diligence.

(3) A redline version of the proposed purchase and sale agreement marked to show all changes from the Agreement requested by the bidder.

(4) Evidence reasonably satisfactory to the Debtors demonstrating the bidder's financial ability to close and to consummate a sale of the Property.

(5) A letter setting forth the identity of the potential bidder, the contact information for such potential bidder, and full disclosure of all parties participating with the potential bidder and a representation that there has been no collusion with any other potential purchaser (including the Buyer) with respect to the purchase of the Property.

(6) The bid must be on terms that, in the Debtors' business judgment, are substantially the same or better than the terms of the sale set forth in the Agreement.

(7) A bid must be delivered to the parties set forth in the Bid Procedures Order.

The Sale Hearing to consider approval of the sale of the Property to the Proposed Purchaser or another Qualified Bidder free and clear of all liens, claims and encumbrances will be held before the Honorable Laurel M. Isicoff, C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8, Miami, FL 33128 on _____at **9:30 a.m.** (prevailing Eastern Time), or at such earlier date as counsel may be heard. The Sale Hearing may be continued from time to time without further notice to creditors or parties in interest other than by announcement of the continuance in open court on the date scheduled for the Sale Hearing.

The Property being sold by the Debtors includes various leases and executory contracts that shall be subject to certain assumption and cure procedures approved by the Court in the Bid Procedures Order for the assumption and assignment of any designated lease or executory contract (the "Assumption and Cure Procedures").  **Bidders are instructed to review the Bid Procedures Order for further details as to the Assumption and Cure Procedures.**

Objections, if any, to the sale of the Property contemplated by the Agreement, or the relief requested in the Bid Procedures Motion (including with respect to cure amounts and adequate assurance) must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the Clerk of the Bankruptcy Court for the Southern District of Florida (or filed electronically via CM/ECF), on _____, or such earlier date and time as the Debtors may agree and (d) be served so as to be received no later than **4:00 p.m.** (prevailing Eastern Time) on the same day, upon: (i) the Debtors; (ii) the Proposed Purchaser as set forth in the Agreement; and (iii) the Office of the United States Trustee.

**This Sale Notice is solely a summary of the proposed sale.  For the fuller terms of the sale and the complete Bidding Procedures please review the Bid Procedures Order, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety.**  Copies of the Bid Procedures Motion, the Agreement, the Bid Procedures Order may be obtained by written request to Catherine E. Douglas, Esq., Akerman LLP, 350 East Las Olas Blvd., Suite 1600, Fort Lauderdale, Florida 33301, catherine.douglas@akerman.com, (954) 463-2700.  In addition, copies of the aforementioned pleadings may be found on the internet at http://ecf.flsb.uscourts.gov, and are on file with the Bankruptcy Court for the Southern District of Florida.