UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                              Chapter 11 Case

WORLDWIDE TRANSPORTATION                       Case No. 16-11136-LMI
SERVICES, INC.                                                 (Jointly Administered)

        Debtors,
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:
[ ] Plaintiff  [ ] Defendant  [ X ] **Debtors**  [ ] Other

Date of Hearing/Trial:    February 3, 2016 at 10:00 a.m.

Type of Hearing/Trial:    Amended Debtors' Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Secured Credit And Use Cash Collateral, (II) Granting Limited Stay Relief For The Lender To Perfect Postpetition Loan And (III) Scheduling Final Hearings **(ECF 34)**

Debtors' Emergency Motion For Orders Pursuant To 11 U.S.C. §§ 105, 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006 And 9014 Approving Bidding Procedures, Assumption And Cure Procedures And Scheduling Sale Hearing Date **(ECF 13)**

Dated: February 2, 2016        Respectfully submitted,

        **AKERMAN LLP**
        350 East Las Olas Boulevard, Suite 1600
        Fort Lauderdale, Florida 33301
        Tel: 954-463-2700 /Fax: 954-463-2224

        By: /s/ *Eyal Berger*
            Eyal Berger
            FL Bar No. 011069
            Email: eyal.berger@akerman.com

---

[1] The address of each of the Debtors is 14400 NW 77 Court, Suite 200, Miami Lakes, Florida 33016; and the last four digits of the taxpayer identification of each of the Debtors follows in parenthesis: (i) Worldwide Transportation Services, Inc. (7317) Case No. 16-11136-LMI; (ii) Worldwide Investments I, LLC (1461) Case No. 16-11183-LMI; (iii) Worldwide Investments II, LLC (1462) Case No. 16-11185-LMI; and (ix) Worldwide Investments III, LLC (1478) Case No. 16-11189-LMI.

{37463516;1}

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Budget – 60 Day Cash Flow Projection | A | | |
| 2 | Accounts Receivable Aging Report as of January 17, 2016 | A | | |
| 3 | Account Number Sales Summary for 2015 Bookings and 2016 Pre-Petition Bookings | A | | |
| 4 | UCC Search dated 2/1/2015 | A | | |
| 5 | UCC Terminations | A | | |
| 6 | Declaration In Support Of The Debtors' Chapter 11 Petitions And First Day Motions (ECF No. 7) | A | | |
| 7 | Insurance Policies (Workers Compensation And Employees Liability Insurance Policy; Florida Uninsured Motorist Coverage; and Certificate of Liability Insurance) | A | | |
| 8 | Senior Secured Debtor-In-Possession Loan Credit Agreement dated January 27, 2016 | A | | |
| 9 | Bridge Loan dated January 22, 2016 | A | | |
| 10 | Asset Purchase Agreement dated January 26, 2016 | A | | |
| 11 | Schedules (ECF No. 48 and 49) | JNotice | | |